## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01289-NYW-KAS

LEAH TURLINGTON, an individual,

      Plaintiff,

v.

USN OPCO, LLC a Delaware corporation,

      Defendant.

---

## JOINT STATUS REPORT ON SETTLEMENT

---

Leah Turlington and USN OPCO, LLC (collectively "the Parties"), by and through counsel, respectfully submit this Joint Status Report on Settlement as follows:

This matter has settled in principle. The Parties are in the process of drafting formal settlement papers and anticipate being able to do so within seven days. The Parties will stipulate to the dismissal of the action promptly thereafter.

Pursuant to Dkt. 36, the Parties respectfully notify the Court that adjudication of the pending Motion to Dismiss [Dkt. 17] need not occur.

Respectfully submitted this 23rd day of January, 2025.

*/s/ Andrew E. Swan*
Andrew E. Swan
Keslie R. Cooper
LEVENTHAL | LEWIS
KUHN TAYLOR SWAN PC
24 South Weber Street, Suite 205
Colorado Springs, Colorado 80903
Telephone:  (719) 694-3000
Email:        aswan@ll.law
                  kcooper@ll.law

*Attorneys for Plaintiff*


*s/ J. Meghan McCaig*
J. Meghan McCaig
Texas Bar No. 24070083
*Meghan.mccaig@hklaw.com*
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
214.964.9496 (telephone)
214. 964.9501 (facsimile)

**COUNSEL FOR DEFENDANT USN OPCO,
LLC D/B/A PANORAMIC HEALTH**