**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-01289-NYW-KAS

LEAH TURLINGTON, an individual,

     Plaintiff,

v.

USN OPCO, LLC a Delaware corporation,

     Defendant.

### <u>AGREED STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Leah Turlington dismisses her claims in this lawsuit with prejudice, with each party to bear her or its own costs of court and attorney's fees.  Defendant USN Opco, LLC d/b/a Panoramic Health stipulates to this dismissal with prejudice by the signature of its attorney of record below.

Dated:  February 24, 2025.

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE — Page 1**

Respectfully submitted:

| | |
|---|---|
| */s/ Andrew E. Swan* | */s/ J. Meghan McCaig* |
| | J. Meghan McCaig |
| Andrew E. Swan | State Bar No. 24070083 |
| Keslie R. Cooper | |
| Leventhal \| Lewis | HOLLAND & KNIGHT LLP |
| Kuhn Taylor Swan PC | One Arts Plaza |
| 24 South Weber Street, Suite 205 | 1722 Routh Street, Suite 1500 |
| Colorado Springs, Colorado 80903 | Dallas, Texas 75201 |
| Telephone:  (719) 694-3000 | Telephone: (214) 964-9500 |
| Email:  aswan@ll.law | Fax: (214) 969-1751 |
| kcooper@ll.law | Email: meghan.mccaig@hklaw.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE — Page 2**